1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Alberto Fernando Manfredi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO.   Cr. S-06-0416-FCD** |
| Plaintiff, ) | |
| v. ) | **WAIVER OF** |
| ALBERTO FERNANDO MANFREDI, ) | **DEFENDANT'S PERSONAL APPEARANCE** |
| Defendant. ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were

\\\
\\\
\\\
\\\

1 personally present; and further agrees to be present in person in Court, ready for trial, on any day
2 which the Court may fix in his absence.

DATED: February 20, 2007

/s/ Alberto Fernando Manfredi
_____
ALBERTO FERNANDO MANFREDI
Defendant

DATED: February 20, 2007

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant

**IT IS SO ORDERED**.

DATED: February 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE