1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax

4  Attorney for Defendant Alberto Manfredi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   Cr. S-06-0416-FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND (PROPOSED) ORDER RE: SCHEDULING** |
| ALBERTO FERNANDO MANFREDI, | ) | |
| Defendant. | ) | Date: March 26, 2007<br>Time: 8:30 a.m. |

With the Court's permission, defendant ALBERTO MANFREDI and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the status conference, presently set for March 26, 2007 at 10:00 a.m. and reset it for April 30, 2007 at 10:00 a.m.

This rescheduling is necessary to allow as both the government and defense are awaiting a transcription of creditor's meetings and two separate bankruptcy proceedings.

//
//
//
//
//

1    It is further stipulated and agreed that time will continue to be excluded for the same
2 reasons articulated in our prior court appearances.

4 DATED: March 23, 2007

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Alberto Manfredi

7 DATED: March 23, 2007

/s/ Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED: March 29, 2007.**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE