1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax

Attorney for Defendant Alberto Manfredi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO.   Cr. S-06-0416-FCD** |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| ALBERTO FERNANDO MANFREDI, | ) | **RE: SCHEDULING** |
| Defendant. | ) | Date: April 30, 2007 |
| | ) | Time: 10:00 a.m. |

With the Court's permission, defendant ALBERTO MANFREDI and plaintiff UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to vacate the status conference, presently set for April 30, 2007 at 10:00 a.m. and reset it for May 21, 2007 at 10:00 a.m.

It is further stipulated and agreed that time will continue to be excluded for the same

//
//
//
//
//
//

1 | reasons articulated in our prior court appearances.

2

3 | DATED: April 27, 2007

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Alberto Manfredi

6 | DATED: April 27, 2007

/s/ Ellen Endrizzi
_____
ELLEN ENDRIZZI
Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED:** April 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE