```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) 2:06-cr-0416 FCD
                                  )
12              Plaintiff,        ) GOVERNMENT'S MOTION TO
            v.                    ) DISMISS
13                                )
                                  )
14  ALBERTO FERNANDO MANFREDI,    )
                                  )
15              Defendant.        )
16  _____)
```

17      The United States hereby moves to dismiss the indictment in
18  this case.  Newly discovered evidence indicates that the
19  indictment should be dismissed in the interests of justice.
20  Dated: November 9, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Robert M. Twiss for
                                By:_____
                                    ELLEN V. ENDRIZZI
                                    Assistant U.S. Attorney

25  ///
26  ///
27  ///
28  ///

<ins>ORDER</ins>

   IT IS SO ORDERED.  All dates in this case in this Court hereby are VACATED.

Dated: November 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE