McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2750

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:06-CR-0416 FCD |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION CONTINUING HEARING DATE ON DEFENDANT'S HYDE AMENDMENT CLAIM; AND PROPOSED ORDER** |
| v. | ) | |
| ALBERTO FERNANDO MANFREDI, | ) | DATE: February 22, 2008 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | COURTROOM: 2 |

Plaintiff, the United States of America, hereby respectfully moves for an order continuing the February 22, 2008, hearing date on Defendant's Hyde Amendment Claim to March 7, 2008. Plaintiff requests the continuance to allow new counsel, Kurt A. Didier, sufficient time to substitute into the case, review the case files and trial transcripts and prepare a response to Defendant's claim for attorneys' fees pursuant to the Hyde Amendment, set out in the notes to 18 U.S.C. § 3006A.

////

////

////

////

The notice of attorney substitution was previously filed as Docket Entry No. 52. Defendant does not oppose this motion.

                          Respectfully Submitted,

DATED: January 16, 2008        McGREGOR W. SCOTT
                                  United States Attorney

                        By: /s/
                           KURT A. DIDIER
                           Assistant United States Attorney
                           Attorneys for Plaintiff United States of America

## ORDER

The Court, having considered Plaintiff's Unopposed Motion to Continue the February 22, 2008, hearing date on Defendant's Hyde Amendment Claim and finding good cause therefor, hereby GRANTS the Motion. Accordingly, the February 22, 2008, hearing date is continued to March 7, 2008 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: January 18, 2008

                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE